United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60558
Summary Calendar

JULIO RENE LESCANO,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 931 815
--------------------

Before HIGGINBOTHAM, DUHÉ, and CLEMENT, Circuit Judges.

PER CURIAM:[1]

Julio Rene Lescano petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision denying his motion to reopen his
deportation proceedings and to rescind his *in absentia* deportation
order. He argues that his counsel was ineffective for failing to
notify him of the date of his hearing and for failing to attend the
hearing. We have reviewed the record and determine that Lescano
failed to comply with the requirements for reopening a deportation

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

hearing based on ineffective assistance of counsel as set forth in Matter of Lozada, 19 I. & N. Dec. 637 (BIA 1988).  See Lara v. Trominski, 216 F.3d 487 (5th Cir. 2000).  Consequently, his petition for review is DENIED.